# United States District Court
# For The Western District of North Carolina
# Statesville Division

VILMA MIRJAH,

               Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                        CASE NO. 5:07CV49-3-MU

SBI SPECIAL AGENT WENDY (LYNDIE)
WHITE, DETECTIVE TIM CHEEK,
DETECTIVE J. T. PATTERSON,

               Defendant(s).

DECISION BY COURT.  This action having come before the Court by complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 3, 2007, Order.

               Signed: May 3, 2007

               Frank G. Johns, Clerk
               United States District Court

Dockets.Justia.com